## CHUN LAI *v.* MANG YOUNG, GIN TAT, KALUNA, WONG CHEONG, KEANAHUNA, MIKELA, PUU, KUPIHEA, LULIA, VIKOLI and MANUEL FRANKS.

APPEAL FROM COMMISSIONER OF WATER RIGHTS, DISTRICT OF HONOLULU.

SUBMITTED DECEMBER 26, 1893.    DECIDED OCTOBER 23, 1895.

JUDD, C.J., BICKERTON AND FREAR, JJ.

Decision of the Commissioner on a question of water rights reversed on the evidence.

A mere continuance is not a hearing for the purpose of taxation of costs under Chap. XXVI, Sec. 5, Laws of 1888.

### OPINION OF THE COURT BY FREAR, J.

This is a controversy respecting the location of the dams of the Palikea and Laimi auwais and the relative amounts of water which these auwais are entitled to take from the Nuuanu stream.    These auwais tap the stream on opposite sides, and until recently the Laimi dam was a short distance below the

Palikea dam, but not long before this controversy arose, the Laimi auwai was extended up along the bank of the stream so as to take water from the Palikea dam.

The plaintiff (whose land is watered by means of the Laimi auwai) contends that each auwai is entitled to one-half of the water in the stream, that the point of division is the Palikea dam, and that it is immaterial whether the water to which the Laimi auwai is entitled is brought down part way in the natural bed of the stream and then turned into the auwai, as formerly, or brought down all the way in an artificial ditch.    The defendants (whose lands are watered by the Palikea auwai and who filled up the extension of the Laimi auwai as soon as it was made) contend that their auwai is entitled to take all the water that its loose stone dam will turn into it, and that the Laimi auwai is entitled only to the overflow and seepage from the Palikea dam.

The commissioner awarded one-third of the stream to the Laimi, and two-thirds to the Palikea auwai.    This finding is not supported by the evidence.

The evidence shows that the Palikea dam was always made entirely across the stream and that there never was an open run as found by the commissioner; also that while formerly there was generally a flow over as well as seepage through the Palikea dam sufficient to fill the Laimi auwai, yet that then at times, because of drought, and more recently much of the time, because of the action of the Government in taking water at a higher point, there has been only seepage through and no flow over the Palikea dam, and that notwithstanding the diminished quantity of water, the amount flowing in the Palikea auwai does not appear to have ever been diminished for the benefit of the Laimi auwai.    The evidence also seems to show that it has been customary all along the Nuuanu stream for each auwai to take its accustomed amount of water even if at times requiring all the water in the stream, without reference to lower auwais, each auwai depending chiefly upon springs between its dam and the dam next above.    The decision of the

commissioner was based in part upon the comparative areas of the lands irrigated by the auwais, but the evidence on this point, though not very definite would seem to indicate that the Palikea auwai irrigates four or five times as much land as the Laimi auwai.

It seems to us that the Palikea auwai is entitled to the amount of water which has usually been turned into it by its loose stone dam and that the Laimi auwai is entitled only to the overflow and seepage.

The commissioner taxed costs for a continuance as for a hearing. The mere sitting and adjournment to another day is not a "day's hearing" within the meaning of the statute. (Laws of 1888, Chap. XXVI, Sec. 5.)

The decision of the commissioner is reversed, and the complaint dismissed, costs to be paid by the plaintiff.

*W. C. Achi* and *J. M. Davidson,* for plaintiff.

*J. A. Magoon, S. K. Kane* and *J. K. Kaulia,* for defendants.